U.S. MAGISTRATE COURT
MCN – SDTX
FILED
RM
MAY 1 0 2005
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
MAY 1 2 2005
Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| FERNANDO ESPINOLA, ERIK ESPINOLA, and JESUS MUNOZ, JR. <br> *Plaintiffs* <br><br> VS. <br><br> THE CITY OF LAREDO, TEXAS, LUIS F. SOSA, JR., FIRE CHIEF, FERNANDO ALARCON, and HOMERO MARTINEZ <br> *Defendants* | CIVIL ACTION NO. L-04-179 |

**ORDER**

On the 10th day of May, 2005 came on to be considered Plaintiffs' Second Unopposed Motion to Extend the Deadline to File a Response to Defendants' Motion to Dismiss, and after having considered the same finds said Motion to be meritorious.

IT IS THEREFORE ORDERED that Plaintiffs' unopposed motion to extend the deadline to file a response to Defendants' motion to dismiss is granted. IT IS ORDERED that the deadline for Plaintiffs' to file a Response to Defendants' Motion to Dismiss is extended to and including May 16, 2005.

Signed this the 10th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE